

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 21 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**M & M CONCRETE SERVICES, LLC**           **PLAINTIFF**

**VERSUS**                                  **CAUSE NO. 1:16-cv-432-LG-JCG**

**ROY ANDERSON CORP and**
**TRAVELERS CASUALTY AND**
**SURETY COMPANY OF AMERICA**               **DEFENDANTS**

## AGREED ORDER TO STAY AND ENFORCE ARBITRATION

THIS CAUSE, having come before the Court on Roy Anderson Corp's Motion to Compel Arbitration and for a Stay Pending Arbitration [Doc. 12] and Travelers Casualty and Surety Company of America's Motion for Stay and Joinder in Roy Anderson Corp's Motion to Compel Arbitration and for a Stay [Doc. 14], and this Court, being advised that the parties hereto, by and through their counsel, have agreed to the terms set out below, finds and orders as set out below. It is, therefore, ORDERED AND ADJUDGED as follows:

1. Binding arbitration is hereby compelled as to all claims between M&M Concrete Services, LLC ("MMCS") and Roy Anderson Corp ("RAC"). This includes MMCS's claims against RAC and RAC's claims against MMCS. MMCS's claims against Travelers Casualty and Surety Company of America are stayed pending completion of the arbitration. Nothing in this order limits either parties' rights under the Subcontract, including but not limited to under Subsections 30.1.2 and 30.1.3.

2. Said arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its Construction Industry Rules, with the hearing to take place in Gulfport, Mississippi.

3. Nothing herein limits the rights of MMCS and RAC to hereafter mutually agree to arbitrate outside the auspices of the AAA and/or to pick one or more arbitrator(s) independently of the AAA processes, if they can so agree.

4. Nothing herein limits RAC's or MMC's rights to join additional parties to the above-referenced arbitration proceeding.

5. This matter is stayed pending completion of the above-referenced arbitration process. Upon completion of same, the parties shall promptly file the appropriate pleadings with this Court to advise as to what further action, if any, is requested from this Court.

SO ORDERED AND ADJUDGED, this the 21ST day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

_____
W. Edward Hatten, Jr., MSB #8859
*Attorney for Plaintiff*

_____
Ralph B. Germany, Jr., MSB #8640
*Attorney for Defendants Roy Anderson Corp and Travelers Casualty and Surety Company of America*